EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In Re:<br><br>Extensión de Términos por motivo de concesión del día 26 de noviembre de 2010 | 2010 TSPR 216<br><br>180 DPR _____ |

Número del Caso: EM-2010-07

Fecha: 12 de noviembre de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos por
motivo de concesión del día                    EM-2010-07
26 de noviembre de 2010

RESOLUCIÓN

San Juan, Puerto Rico a 12 de noviembre de 2010.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el viernes 26 de noviembre de 2010, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerará el día viernes 26 de noviembre de 2010, como si fuera día feriado completo. Cualquier término a vencer en ese día, se extenderá hasta el lunes, 29 de noviembre de 2010, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo